**DENIED and Opinion Filed April 26, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00492-CV

### IN RE DELORIS PHILLIPS, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F22-76924**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Before the Court is relator's April 26, 2024 petition for writ of mandamus asking this Court to compel the trial court to allow relator in the courtroom for a trial.

Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.); *see also* TEX. R. APP. P. 52.3(a) (requiring complete list of parties and names and addresses of counsel), 52.3(b) (requiring table of contents), 52.3(c) (requiring index of authorities), 52.3(d) (requiring a statement of the case), 52.3(e) (requiring a statement of jurisdiction), 52.3(f) (requiring issues

or points presented), 52.3(g) (requiring statement of facts supported by citations to an appendix or record), 52.3(h) (requiring clear and concise argument with appropriate citations to authorities and to the appendix or record), 52.3(j) (requiring a certification that relator has reviewed petition and concluded every factual statement in petition is supported by competent evidence included in the appendix or record), 52.7(a) (requiring sufficient record).

    Accordingly, we deny relator's petition for writ of mandamus.


                          /Dennise Garcia/
240492F.P05                  DENNISE GARCIA
                          JUSTICE